# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RODNEY EUGENE DAVIS,

    Petitioner,

vs.

WARDEN, et al.,

    Respondents.

Case No. 2:05-CV-01179-KJD-(RJJ)

**ORDER**

    Petitioner having submitted a motion to reopen case (#50), and good cause appearing;

    IT IS THEREFORE ORDERED that petitioner's motion to reopen case (#10) is **GRANTED**. This action is **REINSTATED**.

    IT IS FURTHER ORDERED that petitioner shall have sixty (60) days from the date on which this order is entered to file an amended petition for a writ of habeas corpus.

    DATED: January 3, 2011

                                            KENT J. DAWSON
                                            United States District Judge