# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RODNEY EUGENE DAVIS,<br><br>    Petitioner,<br><br>vs.<br><br>WARDEN, et al.,<br><br>    Respondents. | Case No. 2:05-CV-01179-KJD-(RJJ)<br><br>**ORDER** |

Petitioner has filed a third amended petition for writ of habeas corpus (#53). The court has reviewed it pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts. Respondents will need to respond to it.

IT IS THEREFORE ORDERED that respondents shall have forty-five (45) days from the date of entry of this order to answer or otherwise respond to the third amended petition (#53). If respondents file and serve an answer, then they shall comply with Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts, and then petitioner shall have forty-five (45) days from the date on which the answer is served to file a reply.

DATED: August 3, 2011

_____
KENT J. DAWSON
United States District Judge