RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
PAUL G. TURNER
Assistant Federal Public Defender
Nevada State Bar No. 07941
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
(702) 388-6261 (FAX)
paul_turner@fd.org

Attorney for Petitioner

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RODNEY EUGENE DAVIS,<br><br>　　　　　Petitioner,<br><br>vs.<br><br>WARDEN, et al.,<br><br>　　　　　Respondents. | Case No. 2:05-CV-01179-KJD(RJJ)<br><br>**UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME IN WHICH TO FILE AN OPPOSITION TO MOTION TO DISMISS**<br><br>**(Third Request)** |

　　　　　The petitioner, Rodney Eugene Davis ("Davis"), by and through his attorney, Paul G. Turner, Assistant Federal Public Defender, moves this Court for an enlargement of time of eight (8) days from December 5, 2011, to and including December 13, 2011, in which to respond in opposition to respondents' "Motion To Dismiss Grounds 1, 5, 6, 7, and 9 Of Third Amended Petition For Writ Of Habeas Corpus." See Clerk's Record (CR) 57 (hereinafter the "motion to dismiss"). This motion is based upon the attached points and authorities and all pleadings and papers on file herein.

　　　　　DATED this 5th day of December, 2011.

```
                                          LAW OFFICES OF THE
                                          FEDERAL PUBLIC DEFENDER

IT IS SO ORDERED
Dated: DEC 6, 2011              By:    /s/ Paul G. Turner
                                          PAUL G. TURNER
                                          Assistant Federal Public Defender
```

_____
United States District Judge