# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RODNEY EUGENE DAVIS,

    Petitioner,

vs.

WARDEN, et al.,

    Respondents.

Case No. 2:05-cv-01179-KJD-NJK

**ORDER**

    Petitioner has submitted a motion for leave to supplement petitioner's opposition (#66). Petitioner asks the court for leave to supplement the opposition to the motion to dismiss with argument based upon <u>Martinez v. Ryan</u>, 132 S. Ct. 1309 (2012). Respondents do not oppose the motion, but ask for time to file a response to the supplement. The court grants both parties' requests.

    IT IS THEREFORE ORDERED that petitioner's motion for leave to supplement petitioner's opposition (#66) is **GRANTED**. Petitioner shall file the supplement within ten (10) days from the date of entry of this order.

    IT IS FURTHER ORDERED that respondents shall have thirty (30) days from the date of entry of this order to file a response to the supplement.

    DATED: May 20, 2013

                                                                 KENT J. DAWSON
                                                                 United States District Judge