# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RODNEY EUGENE DAVIS,

    Petitioner,

vs.

WARDEN, et al.,

    Respondents.

Case No. 2:05-cv-01179-KJD-NJK

**ORDER**

Respondents having submitted an unopposed motion for enlargement of time (#80), and good cause appearing;

IT IS THEREFORE ORDERED that respondents' unopposed motion for enlargement of time (#80) is **GRANTED**. Respondents shall have through November 12, 2013, to file and serve an answer to the third amended petition (#53).

DATED: October 16, 2013

_____
KENT J. DAWSON
United States District Judge