# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RODNEY EUGENE DAVIS,<br><br>    Petitioner,<br><br>vs.<br><br>WARDEN, et al.,<br><br>    Respondents. | Case No. 2:05-cv-01179-KJD-NJK<br><br>**ORDER** |

    Petitioner having submitted an unopposed motion for an enlargement of time in which to file a reply to answer (second request) (#84), and good cause appearing;

    IT IS THEREFORE ORDERED that petitioner's unopposed motion for an enlargement of time in which to file a reply to answer (first request) (#83) and unopposed motion for an enlargement of time in which to file a reply to answer (second request) (#84) are **GRANTED**. Petitioner shall have through March 14, 2014, to file a reply to the answer (#82).

    DATED: February 24, 2104

                                                                           KENT J. DAWSON<br>
                                                                           United States District Judge