# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RODNEY EUGENE DAVIS, | |
| Petitioner, | Case No. 2:05-cv-01179-KJD-NJK |
| vs. | **ORDER** |
| WARDEN, et al., | |
| Respondents. | |

Petitioner having submitted an unopposed motion for an enlargement of time in which to file a reply to answer (second request) (#84), and good cause appearing;

IT IS THEREFORE ORDERED that petitioner's unopposed motion for an enlargement of time in which to file a reply to answer (first request) (#83) and unopposed motion for an enlargement of time in which to file a reply to answer (second request) (#84) are **GRANTED**. Petitioner shall have through March 14, 2014, to file a reply to the answer (#82).

DATED: February 24, 2104

KENT J. DAWSON
United States District Judge